

[ FAYERWEATHER et. al. v. BARKER ]

John Fayerweather Edw^d Tyng and Comp^a Merch^ts plaint^s cont^a Benjamin Barker of Treece Defend^t in an action of the case upon Acco^tt for refuseing payment of thirty Six pounds three Shillings or thereabout due unto them from the s^d Barker as per Acco^tt appeares with all other due damages. . . . The Iury brought in their Verdict. Viz^t that if m^r Fayerweather or Edw^d Tyng or either of them do Sweare to their Accompt and that they have received no part of the Summe Sued for, they finde for the plaint^s thirty Six pounds three Shillings money and costs of Court. Otherwise they finde for the Defend^t costs of Court m^r Fayerweather and m^r Wharton made Oath accordingly. This Accion was tryed at the last County Court but Judgem^t not entred untill now according to law the Defend^t being out of the Colony.

[ Copy of attachment and return in S. F. 1785. See p. 1080, above.]